** COMMUNITY SALE — DEPARTMENT OF AGRICULTURE ** THE STATE BOARD OF AGRICULTURE MAY 'NOT' LEGALLY "REFUSE TO LICENSE A COMMUNITY SALE THAT PLANS TO OPERATE ON THE SAME DAY AN EXISTING SALE IN THE SAME TOWN OR AREA IS CONDUCTING A SALE", WITHOUT ANY OTHER PROPER REASON. (LIVESTOCK SALE, LICENSE) CITE: 4 O.S. 366 [4-366], 4 O.S. 367 [4-367], 4 O.S. 371 [4-371] (J. H. JOHNSON)